# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Jerry Shaiko    Case Number: 24 CR 593

An appearance is hereby filed by the undersigned as attorney for: Jerry Shaiko

Attorney name (type or print): Anthony W. Hill

Firm: Law Offices of Anthony W. Hill

Street address: 53 W Jackson Blvd., Suite 660

City/State/Zip: Chicago, IL 606004

Bar ID Number: 6277658
(See item 3 in instructions)

Telephone Number: 312-882-8004

Email Address: ahill@crimlawchicago.com

FILED
DEC 17 2024
Magistrate Judge Beth W. Jantz
United States District Court

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☒ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☒ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/17/24

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023